JACQUELYNE M. NGUYEN, Bar No. 249658
LAW OFFICE OF JACQUELYNE M. NGUYEN
1670 SANTA ANA AVE., SUITE K
COSTA MESA, CA 92627
Telephone: (949) 722-0055
Fax: (949) 722-8416
Email: jackie@jacquelynenguyenlaw.com

JS-6

Attorney for: PLAINTIFF

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CV A 13-02042 |
| Plaintiff, | |
| vs. | CONSENT JUDGMENT |
| Delta R. Taylor, aka Delta Aguilar, aka Delta R. Cooley, | |
| Defendant | |

Pursuant to the above stipulation of the parties, Judgment is hereby entered in favor of Plaintiff, UNITED STATES OF AMERICA, against Defendant, Delta R. Taylor, aka Delta Aguilar, aka Delta R. Cooley, in the principal amount of $2,714.23 plus interest accrued to March 18, 2013, in the sum of $6,658.30; with interest accruing thereafter at 9% annually until entry of judgment, administration costs in the amount of $0.00, for a total amount of **$9,372.53**.

DATED: April 23, 2013          By: TERRY NAFISI
                                   Clerk of the Court

                               /s/ Jenny Lam
                               Deputy Clerk
                               United States District Court